UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Tim Pairsh, | ) | Case No. 1:11-cv-00395-WDS-LFG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff Tim Pairsh and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 25, 2011, for filing dispositional documents.

                                                        Respectfully submitted,

                                                        <u>s/Larry Leshin</u>
                                                        Larry Leshin
                                                        Weisberg & Meyers, LLC
                                                        1216 Indiana Street, NE
                                                        Albuquerque, NM  87110
                                                        Telephone: (888) 595-9111
                                                        Email:  lleshin@attorneysforconsumers.com

                                                        Counsel for Plaintiff Tim Pairsh

s/Nathan H. Mann<br>
Nathan H. Mann<br>
Gallagher, Casados & Mann, P.C.<br>
317 Commercial NE, 2nd Floor<br>
Albuquerque, NM  87102<br>
Telephone:  (505) 243-7848<br>
Email:  nmann@gcmlegal.com<br><br>
Counsel for Defendant NCO Financial Systems, Inc.

Filed electronically on this 21st day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 21st day of July, 2011 to:

Nathan Mann
Gallagher, Casados & Mann, P.C.
317 Commercial NE, 2nd Floor
Albuquerque NM 87102


By: s/Jessica DeCandia
       Jessica DeCandia