IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Tim Pairsh,

        Plaintiff,

vs.                                                            Case No. 1:11-cv-00395-WDS -LFG

NCO Financial Systems, Inc.,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tim Pairsh, by and through his counsel of record, Weisberg & Meyers, LLC (Larry Leshin), and Defendant NCO Financial Systems, Inc., by and through its counsel of record, Gallagher Casados & Mann, P.C. (Nathan H. Mann), hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit.  The parties have resolved all matters dealing with the claims and matters set forth in the lawsuit making further litigation unnecessary.  Each party will bear its own costs and attorney fees.

                Respectfully Submitted,

                **GALLAGHER CASADOS & MANN, P.C.**

                By:  /s/Nathan H. Mann
                    Nathan H. Mann
                    317 Commercial NE, Second Floor
                    Albuquerque, New Mexico 87102
                    Email:  nmann@gcmlegal.com
*Attorney for Defendant NCO Financial Systems, Inc.*

                APPROVED:

                **WEISBERG & MEYERS, LLC**

                By: *E-mail Approval Received on 09/07/11*
                    Larry Leshin
                    1216 Indiana St., N.E.
                    Albuquerque, New Mexico 87110
                    E-mail:  llleshin@msn.com
*Attorney for Plaintiff Tim Pairsh*